UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>STEFFENMISER, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00081-JDP (PC)<br><br>ORDER:<br><br>(1) GRANTING PLAINTIFF'S APPLICATION TO PROCEEED *IN FORMA PAUPERIS*; AND<br><br>(2) GRANTING HIS MOTION TO AMEND AND DIRECTING HIM TO FILE A COMPLETE AMENDED COMPLAINT<br><br>ECF Nos. 2 & 7<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff filed his initial complaint on January 13, 2023. ECF No. 1. Before I screened that complaint, he filed a short motion to amend, ECF No. 7, which referenced the initial complaint and sought to make changes by referencing specific lines. It also sought to add a missing page of the complaint form. *Id.* at 4. Under this district's local rules, an amended complaint must be complete in itself and cannot rely upon or reference its predecessor. *See* Local Rule 220 ("[E]very pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading."). Accordingly, I will grant plaintiff's

motion to amend and direct him to file, within thirty days, a first amended complaint that is complete in itself.  I also find that his application to proceed in forma pauperis, ECF No. 2, makes the proper showing and should be granted.

It is ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is GRANTED.
2. Plaintiff's motion to amend, ECF No. 7, is GRANTED.  Within thirty days of this order's entry, he shall file a first amended complaint that is complete in itself.
3. The Clerk of Court shall send plaintiff a section 1983 complaint form.

IT IS SO ORDERED.

Dated:   March 7, 2023                             _____
                                                                     JEREMY D. PETERSON
                                                                     UNITED STATES MAGISTRATE JUDGE