IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. JACQUES,** | Case No. 2:23-cv-00081-JDP |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **STEFFENMISER, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief to extend time to comply with the Order Referring Case to Post-Screening Early ADR and Staying Case for 120 Days (ECF No. 23) is granted.

The parties shall continue their meet and confer obligations, and Defendants shall file and serve any appropriate motion to opt out of an early settlement conference no later than September 25, 2023. All other provisions of ECF No. 22 remain in full force and effect.

IT IS SO ORDERED.

Dated:   September 15, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE