IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL E. JACQUES,** | Case No. 2:23-cv-00081-JDP |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **STEFFENMISER, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion to opt-out of the Early ADR Project, lift the stay of proceedings, and for an additional thirty days in which to respond to the Complaint is **GRANTED**. The 120-day Stay of the proceedings, as previously ordered (ECF No. 22), is hereby lifted. Defendant shall file and serve an Answer to the Complaint, or a responsive pleading, within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:   September 27, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE